VINCENT J. DOWLING, SR., ET AL. *v.* FINLEY
ASSOCIATES, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 49 Conn. App. 330 (AC 16843/16844), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, with respect to the plaintiffs' 1995 indemnification action, the prior general verdict barred the action because of the doctrine of collateral estoppel?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15998.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*R. Bartley Halloran*, in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* KEITH MURRAY

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 905 (AC 16916), is denied.

*Anthony F. DiPentima*, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 15, 1998